UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Ronald Jacobs, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 4:14-cv-00318 UNA |
| vs. | ) | |
| | ) | |
| Norfolk Southern Railway Company, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was filed on February 21, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:14-cv-00024. **IT IS FURTHER ORDERED** that cause number 4:14-cv-00318 UNA be administratively closed.

Dated this 21st day of February, 2014.                 JAMES G. WOODWARD
                                                                                       Clerk of Court


                                                                                       By:/s/ Michele Crayton
                                                                                              Deputy In Charge

**Please note the new case number: 2:14-cv-00024 NAB.**